# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**965**

**CA 13-02145**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

ANTHONY PAONE, JR., PLAINTIFF-APPELLANT,

V                                                    ORDER

PROGRESSIVE CASUALTY INSURANCE COMPANY,
DEFENDANT-RESPONDENT.

---

ALEXANDER & CATALANO, LLC, ROCHESTER (TIMOTHY R. MANDRONICO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MURA & STORM, PLLC, BUFFALO (SCOTT D. MANCUSO OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered July 17, 2013. The order granted defendant's motion to vacate the default judgment entered against defendant and granted defendant's motion to dismiss plaintiff's complaint in its entirety.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  September 26, 2014                    Frances E. Cafarell
                                                Clerk of the Court